AO 248 (Rev. 08/20) ORDER ON MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A)

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

EUSEBIO REYES

Case No. 21CR0001-JLS

ORDER ON MOTION FOR
SENTENCE REDUCTION UNDER
18 U.S.C. § 3582(c)(1)(A)

(COMPASSIONATE RELEASE)

Upon motion of the defendant for a reduction in sentence under 18 U.S.C. § 3582(c)(1)(A) (ECF No. 42) and after considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission, [1]

IT IS HEREBY ORDERED that the motion is DENIED after complete review of the motion on the merits.

FACTORS CONSIDERED:

The Court finds that Defendant has failed to establish that his current medical condition presents an extraordinary and compelling basis for relief under Section 3582(c)(1)(A)(i). Defendant is 59 years of age and suffers from type 2 insulin dependent diabetes and high blood pressure. Defendant indicates that he is not receiving adequate medical care and that he fears he "will spend his remaining days on a metal bed in BOP custody." ECF 42 at 15. The medical records attached to Defendant's motion, however, indicate that Defendant is receiving regular medical care and treatment, and that his condition appears to be controlled. Based on the

---

[1] Although the Ninth Circuit has determined that the Sentencing Commission policy statement is not applicable to motions filed by a defendant under the amended § 3582(c)(1)(A), the court recognized that it may inform a district court's discretion. *United States v. Aruda*, 993 F.3d 797 (9th Cir. 2021).

information presented, the Court is unable to conclude that Defendant is suffering from a terminal illness or a serious medical condition that substantially diminishes his ability to provide self-care within the correctional facility.   Therefore, the Court is not persuaded that Defendant's medical condition rises to the level of truly extraordinary and compelling reasons necessary to change and modify a final sentence.

Accordingly, Defendant's Motion to Reduce Sentence under 18 U.S.C. § 3582(c)(1)(A)(i) is DENIED.

IT IS SO ORDERED.

Dated:  September 8, 2022

Hon. Janis L. Sammartino
United States District Judge